No. —. DUNCOMBE v. MARTINSON ET AL. March 26, 1945. Application denied.

No. 749. HOLLAND v. ILLINOIS. March 26, 1945. The motion of petitioner, dated March 10, is denied.

No. 934. DOSS v. LINDSLEY, SHERIFF. March 29, 1945. The motion of the petitioner to postpone issuance of order denying petition for certiorari pending filing and action on petition for rehearing is denied.

No. 976. JONES v. WHITTLE, SHERIFF. April 2, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a non-federal ground adequate to support it. *Mr. Benjamin B. McCowen* for appellant. *Mr. Reuben A. Garland* for appellee.

No. 1037. BARLOW ET AL. v. UTAH. April 2, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Davis v. Beason,* 133 U. S. 333; *Reynolds* v. *United States,* 98 U. S. 145. *Messrs. Claude T. Barnes* and *O. A. Tangren* for appellants. *Grover A. Giles,* Attorney General, for appellee.

No. —. STOCKTON v. TEXAS. April 2, 1945. The motion for leave to file petition for writ of habeas corpus is denied.